Gloria G. HOOD, Shirley E. Boyd,
and S&G Props., LLC

v.

**ALABAMA REAL ESTATE COMM'N**

2130932

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

**A.G.**

v.

**ELMORE CTY. DEP'T
OF HUMAN RES.**

2130934

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

**S.N.**

v.

**CALHOUN CTY. DEP'T
OF HUMAN RES.**

2130935

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

**T.C.M. and C.N.M.**

v.

**W.L.K.**

2130936

Court of Civil Appeals of Alabama.

02/27/2015

Dismissed

**LAKE CITY AUTO REPAIR, INC.**

v.

**STATE**

2130945

Court of Civil Appeals of Alabama.

02/06/2015

Affirmed